IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LKQ CORPORATION and KEYSTONE
AUTOMOTIVE INDUSTRIES, INC.,

          Plaintiffs,

   v.

HYUNDAI MOTOR AMERICA, INC.,
HYUNDAI MOTOR COMPANY, KIA
AMERICA, INC., AND KIA
CORPORATION,

          Defendants.

C.A. No. 26-cv-137-JCB

## **STIPULATION TO EXTEND TIME**

The parties hereby agree, subject to the approval of the Court, that (i) Defendants accept service of process and waive any defense under Federal Rule of Civil Procedure 12(b)(4) and (5) and (ii) the time for Defendants to answer, move, or otherwise respond to the Complaint is extended to July 22, 2026.

Dated: April 27, 2026

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

/s/ D. James Pak
D. James Pak
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3000
jamespak@quinnemanuel.com

*Attorneys for Defendants*

      SO ORDERED, this _____ of _____, 2026.

_____
The Honorable J. Campbell Barker